IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  08-cv-00743-RPM-BNB

TRUSTEES OF THE PIPE INDUSTRY HEALTH AND WELFARE FUND OF
COLORADO, an express trust;
TRUSTEES OF THE DENVER PIPE INDUSTRY VACATION FUND, an express trust;
DENVER PLUMBERS JOINT APPRENTICESHIP AND TRAINING FUND, an express
trust;,
CONTRACT ADMINISTRATION FUND OF NORTHEASTERN COLORADO, a
Colorado corporation; and
PLUMBERS LOCAL UNION NO. 3, UNITED ASSOCIATION OF JOURNEYMEN AND
APPRENTICES OF THE PLUMBING & PIPE FITTING INDUSTRY OF THE UNITED
STATES AND CANADA, an unincorporated association,

                    Plaintiffs,
v.

FELIX MECHANICAL, LLC, a Colorado limited liability company,

        Defendant.

_____

ORDER FOR ENTRY OF JUDGMENT BY DEFAULT
_____

        Upon consideration of the Recommendation of United States Magistrate Judge

Boyd N. Boland, filed September 30, 2008, containing findings of fact and conclusions

of law on Plaintiffs' Motion for Default Judgment [9] against Defendant Felix Mechanical,

LLC, the Court incorporates by this reference those findings and conclusions and

accordingly, it is

        ORDERED that the Clerk shall enter judgment for the plaintiffs against the

defendant Felix Mechanical, LLC, in the total amount of $11,664.60 as of September

23, 2008, as follows:

(A)    For unpaid fringe benefit contributions and Union dues in the amount of $8,420.43;

(B)    For interest on the unpaid fringe benefit contributions and Union dues as of September 23, 2008, in the amount of $1,896.89; and

(C)    For liquidated damages as of September 23, 2008, in the amount of $1,347.28.  It is

FURTHER ORDERED that plaintiffs are awarded post-judgment interest at the rate of 1.12% from the date of judgment until the judgment is fully paid.

Dated:   November 19th, 2008

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge